UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WOODLANDS DEVELOPMENT, LLC d/b/a/ WOODLANDS APT. COMPLEX | CIVIL ACTION |
| VERSUS | NO: 08-4119 |
| CRC INSURANCE SERVICE, INC., ET AL. | SECTION: "A" (3) |

## ORDER AND REASONS

Before the Court is a **Motion to Stay (Rec. Doc. 17)** filed by that Defendants', Certain Underwriters at Lloyd's, London Severally Subscribing to Certificate No. CRC-13941 ("Certain Underwriters"). Defendant United States of America, on behalf of the Small Business Administration ("SBA") joins Certain Underwriters in support of the Motion. Plaintiff Woodlands Development, LLC, d/b/a Woodlands Apartment Complex ("Woodlands") opposes the motion, and has filed a **Motion to Dismiss, Motion for Sanctions (Rec. Docs. 25-27)**. The motions are before the Court on the briefs without oral argument. For the reasons that follow, the **Motion to Stay (Rec. Doc. 17)** is **GRANTED**, and the **Motion to Dismiss, Motion for Sanctions (Rec. Docs. 25-27)** is **DENIED.**

**I. BACKGROUND**

This matter arises out of a discovery dispute between Certain Underwriters and the SBA. On July 21st, 2008, Certain Underwriters issued a subpoena to the SBA to depose parties in connection with pending litigation in the Civil District Court for the Parish of Orleans.[1] On August 6, 2008, the SBA removed the subpoena to United States District Court and moved to quash the subpoena, which was allotted to this Court (No. 08-4119). Certain Underwriters filed an opposition, and also brought a Complaint for Preliminary Injunction and Declaratory Judgment (No. 08-4608). The actions were consolidated under this docket number shortly thereafter.

**II.     DISCUSSION**

Defendant Certain Underwriters, joined in support by the United States of America on behalf of the SBA, has filed a motion to stay these proceedings pending the outcome of an extrajudicial agreement.  The Plaintiff, Woodlands Development, LLC has opposed the motion to stay, and has filed a motion to dismiss arguing that this discovery dispute is beyond the deadline ordered by the State Court.

After reviewing the briefs of the parties, this Court is persuaded that a stay is necessary in this matter.  The parties of interest in this matter, Certain Underwriters and the United States of America, are in agreement that stay is proper under the circumstances.  Despite the Plaintiff's arguments, the status of the State Court proceeding has no effect on the rights of the parties in

---

[1]     *Woodlands Development, LLC v. CRC Insurance Service, Inc., et al.,* Civil District Court No. 2006-9689.

this action, and any remedy the Plaintiff may have lies in State Court.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion to Stay (Rec. Doc. 17)** filed by Certain Underwriters is **GRANTED.**

**IT IS FURTHER ORDERED** that the **Motion to Dismiss, Motion for Sanctions (Rec. Docs. 25-27)** filed by Woodlands Development, LLC is **DENIED.**

**IT IS FURTHER ORDERED** that Oral Argument on the **Motion for Preliminary Injunction (Rec. Doc. 14),** currently scheduled for **Wednesday, November 12, 2008 at 10:00 a.m.**, is **CANCELLED AS MOOT.**

November 3, 2008

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE